IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CATCH CURVE, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action ) File No. 1:06-CV-0161 |
| INTEGRATED GLOBAL CONCEPTS, INC., and MEIXLER TECHNOLOGIES, INC., | ) ) ) ) ) |
| Defendants. | ) |

**BRIEF IN SUPPORT OF EMERGENCY MOTION FOR EXTENSION OF TIME IN WHICH TO FILE DISCLOSURE OF INVALIDITY CONTENTIONS AND RESPONSES TO INFRINGEMENT CONTENTIONS**

This case is but one of many brought by the Plaintiff in this Court, against a nonresident Defendant, where the claim has utterly no relationship to the Northern District of Georgia. Having gone through this exercise on at least half a dozen prior occasions in this Court, the burden on the Plaintiff to produce Contentions of Infringement is *de minimus*, requiring little more than a few key strokes on its counsel's computer system. By contrast, since Plaintiff has asserted over 200 claims against the Defendants, the burden upon them to respond will be significant. *See* Robert J. Schneider Declaration, Exhibit A to Defendants' Motion.

This is true, despite the fact that there has been no determination as to whether this action should proceed in this Court or in the Northern District of Illinois, (*see* Defendants' Motion to Dismiss or Transfer) which has no counterpart to Patent Local Rules 4.1-4.4.  *See* Schneider Declaration.  There has been no determination as whether this case should be governed by the Patent Local Rules. Issue has not even been joined inasmuch as the Defendants have not yet been required to file their Answers and Counterclaims.  Under these circumstances, it is respectfully submitted that the preparation of Contentions of Invalidity and Responses to Plaintiff's Contentions of Infringement are, at best, premature. Because of differences between the rules of the two District Courts, if the case is dismissed and re-filed in Illinois or transferred there, much of this work would be unnecessary.  *See* Schneider Declaration.

Holland & Knight LLP is acting as local counsel for the Defendants and Robert J. Schneider, their sole patent counsel.  Because Defendants' Motion to Dismiss or Transfer is still pending, Gregory J. Digel of Holland & Knight LLP, was designated as lead counsel in the Joint Preliminary Report filed on August 3, 2006, but if the Court determines that it should retain jurisdiction of this case, because of his long association with the Defendants and his knowledge of the

patents in suit, Mr. Schneider will request admission to this Court, *pro hac vice*, and will assume the position of lead counsel, if so admitted.

In any event, because of his knowledge of the patents in suit, the Defendants will depend upon Mr. Schneider to prepare their Responses to Plaintiff's Infringement Contentions and their Invalidity Contentions.  Because of a long-standing professional commitment on the part of Defendants' patent counsel to the International Pat-Got Association, which is holding its Twenty-Fourth Congress between September 27, 2006 and October 14, 2006, preparing these documents at this time will impose a significant undue and unfair burden on Defendants.  *Id.*

## CONCLUSION

For the foregoing reasons, the preparation of contentions is premature at the moment.  Defendants therefore respectfully request that the Court enter an Order deferring the process and extending the time in which they must file Contentions of Invalidity or Responses to Plaintiff's Contentions of Infringement until a date thirty (30) days after issue has been joined, *i.e.*, thirty (30) days after they have filed their Answers and Counterclaims, if necessary.

Respectfully submitted this 14th day of September, 2006.

        HOLLAND & KNIGHT LLP


        /s/ Gregory J. Digel
        Gregory J. Digel
        Georgia Bar No. 221750



        2000 One Atlantic Center
        1201 West Peachtree Street, N.E.
        Atlanta, Georgia  30309
        (404) 817-8500
        (404) 881-0470 Fax

        Attorneys for Defendants

        Of Counsel:

        Robert J. Schneider
        Chapman and Cutler LLP
        111 W. Monroe Street
        Chicago, Illinois  60603
        (312) 845-3919
        (312) 803-5299 Fax

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the **Brief in Support of Emergency Motion for Extension of Time in Which to File Disclosure of Invalidity Contentions and Responses to Infringement Contentions** was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>Dan Robert Gresham
>Dan.Gresham@tkhr.com

>Scott A. Horstemeyer
>scott.horstemeyer@tkhr.com

This 14th day of September, 2006.

>HOLLAND & KNIGHT LLP

>/s/ Gregory J. Digel
>Gregory J. Digel
>Georgia Bar No. 221750

# 4040569_v3